1  **WO**
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6                         FOR THE DISTRICT OF ARIZONA
7
8  Jacqueline Land,                    )   No. CV-08-01530-PHX-LOA
                                        )
9         Plaintiff,                    )   **NOTICE OF ASSIGNMENT**
                                        )   **AND ORDER**
10 vs.                                  )
                                        )
11 Jewish Voice Ministries International, an)
   Arizona corporation; Jonathan A. Bernis)
12 and Elise Angela Bernis, husband and)
   wife,                                )
13                                      )
          Defendants.                   )
14                                      )
15
16          Pursuant to Local Rule ("LRCiv") 3.8(a), Rules of Practice, effective
17 December 1, 2007, all civil cases are, and will be, randomly assigned to a U.S. district
18 judge or to a U.S. magistrate judge. This matter has been assigned to the undersigned U.S.
19 Magistrate Judge.
20          As a result of the aforesaid Local Rule, if all parties consent in writing, the
21 case will remain with the assigned magistrate judge pursuant to 28 U.S.C. 636(c)(1) for
22 all purposes, including trial and final entry of judgment. If any party chooses the district
23 judge option, the case will be randomly reassigned to a U.S. district judge.  To either
24 consent to the assigned magistrate judge or to elect to have the case heard before a
25 district judge, the appropriate section of the form, entitled Consent To Exercise Of
26
27
28

1 Jurisdiction By United States Magistrate Judge[1], must be completed, signed and filed.
2 The party filing the case or removing it to this Court is responsible for serving all parties
3 with the consent forms. Each party must file a completed consent form and certificate of
4 service with the Clerk of the Court not later than 20 days after entry of appearance, and
5 must serve a copy by mail or hand delivery upon all parties of record in the case.

6 Any party is free to withhold consent to magistrate judge jurisdiction
7 without adverse consequences.  28 U.S.C. 636(c)(2); Rule 73(b), Fed.R.Civ.P.; *Anderson
8 v. Woodcreek Venture Ltd.*, 351 F.3d 911, 913-14 (9th Cir. 2003) (pointing out that
9 consent is the "touchstone of magistrate judge jurisdiction" under 28 U.S.C. §636(c).  "A
10 party to a federal civil case has, subject to some exceptions, a constitutional right to
11 proceed before an Article III judge."   *Dixon v. Ylst*, 990 F.2d 478, 479 (9th Cir. 1993)
12 (citing *Pacemaker Diagnostic Clinic of Am. Inc. v. Instromedix, Inc.*, 725 F.2d 537, 541
13 (9th Cir. 1984) (*en banc*)).

14 A review of the Court's file indicates that Defendants Jewish Voice
15 Ministries International, Jonathan A. Bernis and Elise Angela Bernis filed a Notice of
16 Removal on August 19, 2008.

17 Defendants Jewish Voice Ministries International, Jonathan A. Bernis and
18 Elise Angela Bernis shall each have until **September 12, 2008**, within which to make
19 their selections to either consent to magistrate judge jurisdiction or elect to proceed before
20 a U. S. district judge.  The Court's docket reflects the appropriate consent form was
21 electronically transmitted to all counsel on August 20, 2008 by the Clerk's office.

22 Accordingly,

---

[1] The consent/election form may be obtained directly from the Clerk of the Court or by accessing the District of Arizona's web site at www.azd.uscourts.gov.  To find the consent/election form on the District's web site, click on "Local Rules" at the top of the page, then click on "forms" on the left side of the page and then click on and print the appropriate form.

**IT IS ORDERED** that the Defendants Jewish Voice Ministries International, Jonathan A. Bernis and Elise Angela Bernis shall each file on or before **September 12, 2008** their written elections to either consent to magistrate judge jurisdiction or elect to proceed before a United States district judge.

**IT IS FURTHER ORDERED** that Plaintiff shall either consent to proceed before a magistrate judge or elect to proceed before a district judge by **September 12, 2008.**

**IT IS FURTHER ORDERED** that counsel and any party, if unrepresented, shall hereinafter comply with the Rules of Practice for the United States District Court for the District of Arizona, as amended on December 1, 2007.   The District's Rules of Practice may be found on the District Court's internet web page at www.azd.uscourts.gov/.  All other rules may be found as www.uscourts.gov/rules/.  The fact that a party is acting pro se does not discharge this party's duties to "abide by the rules of the court in which he litigates." *Carter v. Commissioner of Internal Revenue*, 784 F.2d 1006, 1008 (9th Cir. 1986).

**IT IS FURTHER ORDERED** that counsel and any party, if unrepresented, shall use the above caption, number and initials until further order of the Court.

**IT IS FURTHER ORDERED** that counsel shall use proper capitalization in all future captions as mandated by  LRCiv 7.1(a)(3).

DATED this 22nd day of August, 2008.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge